FILED
2008 May-05 AM 11:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CHARLES TINKER,** | ] |
| | ] |
| Petitioner, | ] |
| | ] |
| vs. | ] CIVIL NO. 2:07-CV-1519-VEH-RRA |
| | ] |
| **THE STATE OF ALABAMA, et al.,** | ] |
| | ] |
| Respondents. | ] |

## MEMORANDUM OPINION

This is a habeas corpus petition. The magistrate judge entered a report and recommendation recommending that the respondents' motion for summary judgment be granted and that the action be dismissed. Objections have been filed. The court has considered the entire file in this action, including the report and recommendation and the petitioner's objections to the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.

Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. This habeas petition is due to be dismissed. An appropriate will be entered.

**DONE** this the 5th day of April, 2008.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge